IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| SHERRI GWYN MCINTYRE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 4:15-cv-331-TMP |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MEMORANDUM OPINION**

Pending before the court is the defendant's unopposed motion for remand under Sentence Six of 42 U.S.C. § 405(g).  (Doc. 7).  The defendant seeks an order remanding the case to the Commissioner, reciting that further administrative proceedings are required because a review of the recording of the oral hearing held before the Administrative Law Judge showed that the recording was "defective in that the vocational expert's testimony is partially inaudible."  (Doc. 7, p. 2).  The defendant seeks remand to give an Administrative Law Judge the opportunity to hold a *de novo* administrative hearing.  Having considered said motion, the court finds that the motion to remand under sentence six of 42 U.S.C. § 405(g) is well taken.

On June 10, 2015, the parties consented to full dispositive jurisdiction by the undersigned pursuant to 28 U.S.C. § 636(c).  (Doc. 10).  Accordingly, the Report and Recommendation entered by the undersigned is VACATED.  (Doc. 8).  It is hereby

ORDERED that this case be REMANDED to the Commissioner for further actions, specifically so that a *de novo* administrative hearing may be held and properly recorded. An order of final judgment will be entered contemporaneously herewith.

**DONE** and **ORDERED** this the 12th day of June, 2015.

T. MICHAEL PUTNAM
U.S. MAGISTRATE JUDGE